Melissa Newel (CA #148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
JAMES E. COMPTON

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
OSCAR GONZALEZ DE LLANO
Special Assistant U.S. Attorney
16o Spear Street, Suite 800
San Francisco, CA   94105
(510) 970-4818
oscar.gonzalez@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. COMPTON,<br><br>            Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | No.  1: 22-cv-00795-(GSA)<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) which provides that a plaintiff

may dismiss an action without court order by filing "a stipulation of dismissal signed by all

STIPULATION OF DISMISSAL

parties who have appeared," IT IS HEREBY STIPULATED BY ALL PARTIES, through their undersigned attorneys, and with the approval of the Court, that Plaintiff voluntarily dismiss, with prejudice, the above-referenced action. Each party agrees to bear their own attorney fees, costs, and expenses associated with the action.

                                Respectfully submitted,

Dated: January 23, 2023                NEWEL LAW

By:  *Melissa Newel*
      Melissa Newel
      Attorney for Plaintiff
      JAMES E. COMPTON

Dated: January 23, 2023                PHILLIP A. TALBERT
                                            United States Attorney
                                            MATHEW W. PILE
                                            Associate General Counsel
                                            Social Security Administration

By:  *Oscar Gonzalez*
      OSCAR GONZALEZ DE LLANO
      Special Assistant U.S. Attorney
      Attorneys for Defendant

## ORDER

Based upon the stipulation of the parties, this matter is dismissed and the Clerk of Court is **DIRECTED** to administratively close this action.

IT IS SO ORDERED.

   Dated:  **January 24, 2023**                        /s/ Gary S. Austin
                                                 UNITED STATES MAGISTRATE JUDGE